April 20, 1978.

M. P. No. 78-106. RONALD BELL *et al. v.* EAST PROVIDENCE ZONING BOARD OF REVIEW *et al.* Petition for writ of certiorari is denied. *Anthony E. Grilli, Paul J. DiMaio,* for plaintiffs-respondents. *Nathaniel J. Rendine,* City Solicitor, *Carty & Carty,* for AKJ Realty, Inc., defendant-petitioner.

M. P. No. 78-123. IN RE GLEN A. ANGER. Petitioner's motion for the appointment of substitute counsel pursuant to Supreme Court Rule 42-18 is granted and Scott Keefer Esq, is designated as substitute counsel for Glen Anger.

It is hereby ordered that, in the performance of his duties, said substitute counsel shall be subject to the orders, supervision, and direction of the Superior Court. *Scott K. Keefer,* for petitioner.